**No. 48350.**—Protests 898740–G, etc., of S. Aliota & Son et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.

**No. 48351.**—Protests 759760–G, etc., of I. Haber, Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.

**No. 48352.**—Protests 727452–G (I), etc., of J. S. Hoffman Co., Inc. (New York).

Opinion by KEEFE, J.   Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48353.**—Protests 659129–G, etc., of J. S. Hoffman Co. (New York).

Opinion by KEEFE, J.   Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48354.**—Protests 657895–G, etc., of J. S. Hoffman Co. (New York).

Opinion by KEEFE, J.   Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48355.**—Protests 754943–G, etc., of I. Haber, Inc. (New York).

Opinion by KEEFE, J.   Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a

foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48356.**— Protests 17933–K, etc., of June Dairy Products Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained to this extent.

**No. 48357.**— Protests 658014–G, etc., of Trans-Oceanic Sales Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Locatelli* v. *United States* (T. D. 48284), Abstract 39667, and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained to this extent.

**No. 48358.**— Protests 34964–K, etc., of Calarco Importing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C.D. 706) the protests were sustained to this extent.

**No. 48359.**— Protests 977417–G, etc., of Arnhold & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 3, 1943

**No. 48360.**— Protests 36707–K, etc., of Blanchard Lumber Co. (Boston).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.